IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12-cr-128-MHT |
| ALEGRA WILSON | ) | (WO) |

### OPINION AND ORDER

This cause is before the court on defendant Alegra Wilson's unopposed motion to continue trial. For the reasons set forth below, the court finds that jury selection and trial, currently set for November 5, 2012, at the Federal Courthouse in Montgomery, Alabama, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Wilson in a speedy trial.

Through counsel, Wilson represents that she is seeking pre-trial diversion from the United States Attorney's Office. Wilson initiated her request for pre-trial diversion on September 24, 2012. She represents that additional time is needed to allow the government and the United States Probation Office sufficient time to consider, approve, and complete an investigation as part of the pretrial-diversion process. Wilson estimates that the United States Probation Office will need 45 days to conduct a background check and issue a recommendation to the United States Attorney.

Through counsel, Wilson also represents that she has requested and subpoenaed records that will be critical for sentencing purposes. Wilson estimates that this continuance will allow counsel enough time to receive the records and have an expert review them. In addition, the government does not oppose the motion.

***

Accordingly, it is ORDERED as follows:

    **(1) Defendant Alegra Wilson's motion for continuance (doc. no. 22) is granted.**

    **(2) The jury selection and trial, now set for November 5, 2012, are reset for January 14, 2013, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

    **DONE, this the 15th day of October, 2012.**

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**